UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PANTRONIX CORPORATION,
a corporation licensed to do
business in California,

        Plaintiff,

v.

DIMERCO EXPRESS (U.S.A.)
CORPORATION, a corporation licensed
to do business in California; and ASIANA
AIRLINES, INC., a corporation licensed
to do business in California,

        Defendants.

_____/

CASE NO.: CV 112074 (JW)

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

    Court Processes:
    ☐ Non-binding Arbitration (ADR L.R. 4)
    ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
    ☒ Mediation (ADR L.R. 6)

(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)

    Private Process:
    ☐ Private ADR (please identify process and provider) _____

The parties agree to hold the ADR session by:
    ☒ the presumptive deadline (The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)

    ☐ other requested deadline _____

Dated: 8 November 2011

_____
Attorney for Plaintiff
PANTRONIX CORPORATION


Dated:_____

_____
Attorney for Defendant
DIMERCO EXPRESS (U.S.A.)
CORPORATION


Dated: _____

_____
Attorney for Defendant
ASIANA AIRLINES, INC.

Dated: 8 November 2011

_____
Attorney for Plaintiff
PANTRONIX CORPORATION

Dated: _____

_____
Attorney for Defendant
DIMERCO EXPRESS (U.S.A.)
CORPORATION

Dated: 11/9/11

_____
Attorney for Defendant
ASIANA AIRLINES, INC.

Dated: 8 November 2011

                                            Attorney for Plaintiff
                                            PANTRONIX CORPORATION

Dated: 9 Nov. 2011

                                            Attorney for Defendant
                                            DIMERCO EXPRESS (U.S.A.)
                                            CORPORATION

Dated: _____

                                            Attorney for Defendant
                                            ASIANA AIRLINES, INC.

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☒ Mediation
- ☐ Private ADR

Deadline for ADR session

- ☒ 90 days from the date of this order.
- ☐ other _____

IT IS SO ORDERED.

Dated: November 16, 2011

_____
/s/ James Ware
UNITED STATES DISTRICT JUDGE