1

2

3

4          UNITED STATES DISTRICT COURT

5          NORTHERN DISTRICT OF CALIFORNIA

6          (SAN FRANCISCO DIVISION)

7

8

| | |
|---|---|
| PANTRONIX CORPORATION, a corporation licensed to do business in California, | CASE : 3:11-cv-02074-JW |
| Plaintiff, | **[PROPOSED]** ORDER DISMISSING ENTIRE CASE |
| vs. | |
| DIMERCO EXPRESS (U.S.A.) CORPORATION, a corporation licensed to do business in California; and ASIANA AIRLINES, INC., a corporation licensed to do business in California. | Complaint Filed:          April 27, 2011 |
| | Cross-Complaint Filed:   July 19, 2011 |
| Defendant. | |
| AND ALL RELATED CROSS-CLAIMS | |

19      Having considered the Stipulation to Dismiss filed herein, and good cause appearing

20 therefore, it is hereby ORDERED that this matter is dismissed, **with prejudice**, as to all parties

21 and all causes of action, whether set forth in the complaint herein or in any cross-claim herein,

22 each party to bear their own costs and fees.

23      ~~The Court retains jurisdiction to enforce the terms of the written settlement agreement~~

24 ~~attached as Exhibit 'A' to the Parties' Joint Stipulation Re: Dismissal of Entire Case filed herein~~.

25      PURSUANT TO STIPULATION, IT IS SO ORDERED.

26

27 DATED: _January 24___, 2012

28                                          United States District Judge Hon. James Ware